# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0527.  REGINALD CARSON v. THE STATE.**

In 2002, a jury found Reginald Carson guilty of armed robbery, and the trial court sentenced him as a recidivist to life in prison without the possibility of parole. We affirmed his conviction and sentence on direct appeal.  *Carson v. State*, 264 Ga. App. 763 (592 SE2d 161) (2003).  In January 2019, Carson filed a Motion to Correct Void and Illegal Sentence, which the trial court denied in an order entered on April 8, 2019.[1]  Carson filed this application for discretionary review on June 21, 2019.  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Carson's application is untimely, as it was filed 74 days after entry of the order he seeks to appeal.  Accordingly, this application is hereby DISMISSED

---

[1] Carson has not submitted a copy of his January 2019 motion, in violation of Court of Appeals Rule 31 (e).

for lack of jurisdiction.  Carson's "Motion for a Protective Order," filed in this Court on July 8, 2019, is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/17/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*